IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-101-F

UNITED STATES OFAMERICA,              )
                                      )
        v.                            )        **REASSIGNMENT ORDER**
                                      )
RAYMOND ELLIS OWENS                   )


At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. **All future documents shall reflect the revised case number of 5:14-CR-101-FL.**


SO ORDERED.  This the  26th day of June, 2020.


/s/ Peter A. Moore, Jr.
Clerk of Court