UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Raymond Ellis Owens                                              Docket No. 5:14-CR-101-1FL

### Petition for Action on Supervised Release

COMES NOW Brittany N. Simmons, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Raymond Ellis Owens, who, upon an earlier plea of guilty to Possession With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B); and Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c) and 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable James C. Fox, U.S. District Judge, on March 11, 2015, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

    Raymond Ellis Owens was released from custody on July 1, 2022, at which time the term of supervised release commenced. On April 3, 2023, the court agreed to continue the defendant on supervision after he submitted a urine sample that tested positive for marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported he is interested in completing the Moral Reconation Therapy group that would increase his opportunities to succeed on supervision. Moral Reconation Therapy is a cognitive-behavioral treatment program that leads to enhanced moral reasoning, better decision making, and more appropriate behavior. As a result, the probation office is recommending that a Cognitive Behavioral Therapy condition be added.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Mark Culp<br>Mark Culp<br>Supervising U.S. Probation Officer | /s/ Brittany N. Simmons<br>Brittany N. Simmons<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8669<br>Executed On: August 14, 2025 |

**Raymond Ellis Owens**
**Docket No. 5:14-CR-101-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this   22nd   day of     August    , 2025, and ordered filed and made a part of the records in the above case.

_/s/ Louise V. Flanagan_
Louise W. Flanagan
U.S. District Judge